Certificate Number: 17572-PAW-DE-030496552

Bankruptcy Case Number: 17-25068



17572-PAW-DE-030496552

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on January 29, 2018, at 6:29 o'clock PM PST, Nevada I Richezza completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  January 29, 2018          By:  /s/Kristina Milicevic

Name:  Kristina Milicevic

Title:  Counselor